UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUIDIVILLE RANCHERIA OF CALIFORNIA, a federally recognized Indian tribe; and UPSTREAM POINT MOLATE LLC, a California Limited Liability Corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE UNITED STATES OF AMERICA; KEN SALAZAR, the Secretary of the Department of the Interior; DEL LAVERDURE, the Acting Assistant Secretary - Indian Affairs;<br><br>and<br><br>THE CITY OF RICHMOND, a California Municipality,<br><br>　　　　Defendants. | Case No. CV 12-1326 YGR<br><br>ORDER ON STIPULATION TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE ADMINISTRATIVE RECORD AND FOR PLAINTIFFS TO MOVE TO SUPPLEMENT |

Having read the parties' stipulation (Dkt. No. 40) and good cause appearing therefore,

　　IT IS HEREBY ORDERED, that the Parties' stipulation is hereby GRANTED. Federal Defendants shall have up to and including December 21, 2012, to file the administrative record and Plaintiffs shall have up to and including March 21, 2013, to move to supplement the administrative record.

IT IS SO ORDERED.

Dated: December 14, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1