**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**THE UNITED STATES OF AMERICA, KEN SALAZAR**, *et al.*,<br><br>**And**<br><br>**THE CITY OF RICHMOND**,<br><br>    **Defendants.**<br><br>**And Counterclaims.** | **Case No.: 12-CV-1326 YGR**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

Plaintiff Upstream Point Molate, LLC filed its Motion for Leave to File Third Amended Complaint on March 18, 2013. (Dkt. No. 85.) Defendant City of Richmond has filed a Statement of Non-Opposition. (Dkt. No. 87.) No other response has been filed and the time to file responses has passed.

In light of the Statement of Non-Opposition and lack of other opposition, the Motion is **GRANTED**. Plaintiff shall file its proposed Third Amended Complaint, in the form attached to the Motion, no later than April 15, 2013. The hearing on the Motion set for April 30, 2013 is **VACATED**.

This Order terminates Docket No. 85.

**IT IS SO ORDERED**.

Date: April 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**