# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **THE UNITED STATES OF AMERICA, KEN SALAZAR,** *et al.***,** <br><br> **And** <br><br> **THE CITY OF RICHMOND,** <br><br> **Defendants.** <br><br> **And Counterclaims.** | **Case No.: 12-CV-1326 YGR** <br><br> **ORDER GRANTING JOINT STIPULATION TO STAY BRIEFING AND MODIFY BRIEFING SCHEDULE AS MODIFIED BY THE COURT** |

The Court is in receipt of the parties' Joint Stipulation to Stay Briefing and Modify Briefing Schedule. Having read the foregoing stipulation, and good cause appearing therefore, the Parties' stipulation is **GRANTED**. The Court therefore **ORDERS** as follows:

(1) Briefing on the Tribe's Motions for Leave to Conduct Discovery to Supplement the Administrative Record and to Compel the Federal Defendants to Complete the Administrative Record (Dkt. Nos. 100-101) is **STAYED** pending decision on the Federal Defendants' Motion to Compel Return of the Inadvertently Disclosed Document (Dkt. No. 105). The Motion to Compel Return (Dkt. No. 105) will be referred for decision to Magistrate Judge Kandis Westmore by separate order.

(2) Plaintiff Guidiville and the Federal Defendants shall jointly submit the "Disclosed Document" and the CD containing an electronic version of the Disclosed Document, **and shall file an administrative motion to seal such documents, consistent with Local Rule 79-5,** no later than **June 5, 2013.**

(3) The briefing schedule is modified as follows:

| | |
|---|---|
| Federal Defendants' Motion to Compel Return of the Inadvertently Disclosed Document | May 28, 2013 |
| Plaintiffs' Response in Opposition | June 11, 2013 |
| Federal Defendants' Reply | June 25, 2013 |
| Plaintiffs' Sur Reply | None permitted absent further order of the Court |
| Plaintiffs request Oral Argument on Federal Defendants' Motion to Compel Return of the Inadvertently Disclosed Document. | To be set by Magistrate Judge Westmore by notice from the Court |
| | |
| Federal Defendants' Consolidated Response to Plaintiffs' Motions to Compel Complete And to Supplement The Record | 14 days after court ruling on motion to compel |
| Plaintiffs' Reply in Support | 14 days after Federal Defendants' Response |
| Oral Argument | To be set by further notice from the Court |
| | |
| Plaintiffs' Motion for Summary Judgment on Federal Claims; | 30 days after the Court's order on Motions to Supplement the AR |
| Federal Defendants' Response in Opposition to the Plaintiffs' Motion for Summary Judgment and Motion For Summary Judgment | 30 days after Plaintiff's Motion for summary judgment |
| Plaintiffs' Reply | 14 days after Defendants' Response is filed |
| Federal Defendants' Reply | 14 days after Plaintiffs' Reply is filed |
| Oral Argument | To be set by further notice from the Court |

(4) The Federal Defendants may submit one consolidated Response to Tribe's Motions for Leave to Conduct Discovery to Supplement the Administrative Record and to Compel the Federal Defendants to Complete the Administrative Record (Dkt. Nos. 100-101).

1   (5) The Case Management Conference currently set for Wednesday, June 5, 2013, is
2   **CONTINUED** to **Monday, October 7, 2013,** at 2:00 p.m.
3   This Order terminates Docket No. 104.
4   **IT IS SO ORDERED**.

**Date: May 31, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**