United States District Court
Northern District of California

| | |
|---|---|
| THE GUIDIVILLE RANCHERIA OF CALIFORNIA, a federally recognized Indian tribe; and UPSTREAM POINT MOLATE LLC, a California Limited Liability Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA; S.M.R. JEWELL, the Secretary of the Department of the Interior; KEVIN WAHBURN, the Assistant Secretary - Indian Affairs; THE CITY OF RICHMOND, a California Municipality,<br><br>　　　　　Defendants. | Case No.: 12-cv-1326 YGR (KAW)<br><br>ORDER GRANTING MOTION TO PARTICIPATE IN HEARING BY TELEPHONE |

**ORDER ON MOTION TO PARTICIPATE IN HEARING BY TELEPHONE**

The Federal Defendants' motion to participate by telephone in the hearing on the discovery dispute set out in the parties' July 2, 2013 Joint Letter is granted. The Federal Defendants' counsel shall appear by telephone at the hearing scheduled for September 5, 2013 at 11:00 AM. All other parties will personally appear at the hearing.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: September 3, 2013

　　　　　　　　　　　　　　　　　　　　　　　／s／ Kandis Westmore
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge