United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>     Plaintiffs,<br><br>     vs.<br><br>**THE UNITED STATES OF AMERICA, KEN SALAZAR**, *et al.*,<br><br>And<br><br>**THE CITY OF RICHMOND**,<br><br>     Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER DIRECTING FURTHER BRIEFING RE: MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (LOCAL RULE 72-2)** |

Defendants United States of America, Ken Salazar, and Larry Echohawk ("U.S. Defendants") filed their Motion for Relief From Pretrial Order on September 6, 2013. (Dkt. No. 188, "Motion".) Pursuant to Local Rule 72-2, and in light of the additional evidence and authorities cited in the Motion, the Court **ORDERS** as follows:

Plaintiffs shall file their response no later than **September 24, 2013.** U.S. Defendants shall file their reply no later than **October 1, 2013**.

**IT IS SO ORDERED**.

Dated: September 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**