**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL,** *et al.***,**<br><br>And<br><br>**THE CITY OF RICHMOND,**<br><br>    Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER GRANTING MOTION TO STAY FEDERAL CLAIMS PENDING POTENTIAL "REVIVAL" OF CLAIMS AGAINST CITY OF RICHMOND** |

Plaintiff The Guidiville Rancheria of California ("the Tribe") moves to stay the litigation as to all claims by the Tribe against Defendants The United States Defendants United States of America, et al. ("U.S. Defendants"), pending determination of the viability of Plaintiffs' claims against Defendant City of Richmond. (Dkt. No. 218.) The U.S. Defendants do not oppose the motion. Thus, the Court **ORDERS** as follows:

The litigation of the Tribe's claims against the U.S. Defendants in this matter are **STAYED** pending the disposition of any motion to amend the complaint with respect to the claims against the City of Richmond, any motion for reconsideration of the Court's Order of December 12, 2013, and any interlocutory appeal of the December 12, 2013 Order.

This Order terminates Dkt. No. 218.

**IT IS SO ORDERED**.

Dated: January 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**