**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL,** *et al.*,<br><br>And<br><br>**THE CITY OF RICHMOND,**<br><br>　　　　Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

Plaintiff Upstream Point Molate, LLC filed its Motion for Leave To File Fourth Amended Complaint on January 24, 2014. (Dkt. No. 221.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for April 1, 2014, is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: March 27, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**