# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**, <br><br>Plaintiffs, <br><br>vs. <br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL**, *et al.*, <br><br>And <br><br>**THE CITY OF RICHMOND,** <br><br>Defendants. <br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR <br><br> **ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEF** |

Plaintiffs Upstream Point Molate, LLC and Guidiville Rancheria of California filed their Motion to Amend and Certify Orders for Interlocutory Review Pursuant to 28 U.S.C. section 1292(b), currently set for hearing on October 7, 2014. (Dkt. No. 237.)

The Court hereby **ORDERS** that Plaintiffs, Defendant City of Richmond, and Defendants United States of America and Sally Jewell file a joint supplemental brief of no more than **five (5)** pages addressed to whether the parties would stipulate to: (1) dismissal of the Fourteenth Cause of Action for Declaratory Relief against the City of Richmond; (2) entry of a partial judgment in favor of the City on the claims against it; and (3) a stay of the remainder of the claims against the Federal Defendants pending any appeal of that partial judgment. The joint supplemental brief shall be filed no later than **September 16, 2014**.

**IT IS SO ORDERED**.

Dated: August 26, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**