**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>     Plaintiffs,<br><br>   **vs.**<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL**, *et al.*,<br><br>And<br><br>**THE CITY OF RICHMOND,**<br><br>     Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

In light of the parties' Joint Case Management Statement, filed November 3, 2014, the Court **VACATES** the case management conference currently set for November 10, 2014, and sets a compliance hearing regarding the status of the parties' stipulation and order. The compliance hearing is **SET** for **Friday, December 12, 2014, at 9:01 a.m.**

Five business days in advance of the compliance hearing, the parties shall file a either: (1) their stipulation; or (2) a joint status statement of no more than three pages updating the Court as to the status of the case. The Court will vacate the hearing without the requirement of an appearance if the parties have complied timely.

**IT IS SO ORDERED**.

Dated: November 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**