| | |
|---|---|
| 1 | BRUCE REED GOODMILLER (CA SBN 121491) |
| | City Attorney |
| 2 | Email:  Bruce_Goodmiller@ci.richmond.ca.us |
| | RACHEL SOMMOVILLA (CA SBN 231529) |
| 3 | Assistant City Attorney |
| | Email:  Rachel_Sommovilla@ci.richmond.ca.us |
| 4 | CITY OF RICHMOND |
| | 450 Civic Center Plaza |
| 5 | Richmond, California  94804 |
| | Telephone:  510.620.6509 |
| 6 | Facsimile:  510.620.6518 |
| 7 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | E-mail:  AGonzalez@mofo.com |
| 8 | CHRISTOPHER J. CARR (CA SBN 184076) |
| | E-mail:  CCarr@mofo.com |
| 9 | NAVI DHILLON (CA SBN 279537) |
| | E-mail:  NDhillon@mofo.com |
| 10 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 11 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 12 | Facsimile: 415.268.7522 |
| 13 | Attorneys for Defendant and Counterclaimant |
| | THE CITY OF RICHMOND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE GUIDIVILLE RANCHERIA OF CALIFORNIA, a federally recognized Indian Tribe; and UPSTREAM POINT MOLATE LLC, a California Limited Liability Corporation, | Case No.   CV 12-1326-YGR |
| | [~~PROPOSED~~] **JUDGMENT IN FAVOR OF THE CITY OF RICHMOND** |
| Plaintiffs, | |
| v. | Judge:   The Honorable Yvonne González Rogers |
| THE UNITED STATES OF AMERICA; SALLY JEWELL, the Secretary of the Department of the Interior; KEVIN WASHBURN, the Assistant Secretary - Indian Affairs; and THE CITY OF RICHMOND, a California Municipality, | |
| Defendants. | |

*Caption continues next page*

| | |
|---|---|
| THE CITY OF RICHMOND, a California Municipality,<br><br>    Counterclaimant,<br><br>  v.<br><br>UPSTREAM POINT MOLATE LLC, a California Limited Liability Corporation,<br><br>    Counterclaim Defendant. | |

## [~~PROPOSED~~] JUDGMENT

The Court, having granted defendant and cross-complainant The City of Richmond's ("City") motion for judgment on pleadings, now renders judgment in favor of the City and against plaintiff and counterclaim defendant Upstream Point Molate LLC ("Upstream") and plaintiff The Guidiville Rancheria of California (a/k/a the Guidiville Band of Pomo Indians of the Guidiville Rancheria) (together, "Plaintiffs") on all claims asserted by Plaintiffs in their Third Amended Complaint.  Accordingly, Plaintiffs shall take nothing from the City on the claims set forth in their Third Amended Complaint.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

February 3, 2015

                _____
                Hon. Yvonne Gonzalez Rogers
                UNITED STATES DISTRICT JUDGE