**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>       Plaintiffs,<br><br>   **vs.**<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL,** *et al.***,**<br><br>And<br><br>**THE CITY OF RICHMOND**,<br><br>       Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING ON MOTION FOR ATTORNEYS' FEES AND COSTS** |

In the reply to its Motion of Defendant City of Richmond for Attorneys' Fees and Costs, the City submits, for the first time, redacted versions of its billing records. (*See* Supp. Carr Dec., Dkt. 275, at Exhibit D.) In order to give the parties a full opportunity to respond to this new reply evidence, the Court **CONTINUES** the hearing, currently set for April 21, 2015, to **May 12, 2015, at 2:00 p.m.**

Plaintiffs Guidiville Rancheria of California and Upstream Point Molate, LLC, may file a supplemental briefing addressing the information in the billing records no later than **April 21, 2015**. The City may file a supplemental reply no later than **April 28, 2015**.

**IT IS SO ORDERED**.

Dated: April 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**