UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUIDIVILLE RANCHERIA OF
CALIFORNIA, ET AL.,

        Plaintiffs,

      v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No.  12-cv-01326-YGR

**CASE MANAGEMENT AND
PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, January 29, 2018 at 2:00 p.m. |
| **REFERRED** TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | February 26, 2018 |
| **REFERRED** TO MAGISTRATE JUDGE SALLIE KIM FOR DISCOVERY | |
| DEADLINE TO JOIN PARTIES OR AMEND PLEADINGS: | Plaintiff Upstream Point Molate LLC may file Amended complaint by December 18, 2017 |
| FEDERAL DEFENDANTS' DEADLINE TO FILE RULE 12 STANDING MOTION | January 9, 2018 |
| DEADLINE TO MEET AND CONFER ON JOINT STATEMENT RE: EXPANDING/SUPPLEMENTING ADMINISTRATIVE RECORD | February 20, 2018 |
| JOINT STATEMENT AND/OR MOTION TO EXPAND/SUPPLEMENT ADMINISTRATIVE RECORD TO BE FILED BY: | February 27, 2018 (any hearing to be set April 3, 2018 at 2:00 p.m.) |
| DEADLINES FOR FILINGS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT ON CLAIMS AGAINST FEDERAL DEFENDANTS: | <u>Plaintiffs' Motion</u>: within 21 days of Joint Statement on 2/27/18 date or Resolution of Motion re: Scope of Administrative Record<br><br><u>Federal Defendants' opposition and Cross-motion</u>: 21 days thereafter; |

| | |
|---|---|
| | Plaintiff Reply and Opposition to Cross-Motion:  21 days thereafter; |
| | Federal Defendants' Reply: 14 days thereafter. |
| | (Hearing to be set: three weeks after last brief) |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2018 |
| DISCLOSURE OF EXPERT REPORTS: <br> ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: June 29, 2018 <br> Rebuttal: July 20, 2018 |
| EXPERT DISCOVERY CUTOFF: | August 3, 2018 |
| FURTHER CASE MANAGEMENT CONFERENCE | August 20, 2018 at 2:00 p.m. |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE FILED BY: | 9/4/18 [on 35-day notice] |
| COMPLIANCE HEARING (SEE PAGE 2) | Friday, January 18, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 25, 2019 |
| PRETRIAL CONFERENCE: | Friday, February 8, 2019 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 25, 2019 at 8:30 a.m. (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.  The compliance hearing on Friday, January 18, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off

---

[1] See Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1    calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement

2    in a timely fashion. Failure to do so may result in sanctions.

3        The parties must comply with both the Court's Standing Order in Civil Cases and Standing

4    Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All

5    Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

6        **IT IS SO ORDERED.**

7    Dated: November 29, 2017

8

9                                    YVONNE GONZALEZ ROGERS
                                        United States District Court Judge