# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>　　　　Plaintiffs,<br><br>　**vs.**<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL,** *et al.***,**<br><br>And<br><br>**THE CITY OF RICHMOND,**<br><br>　　　　Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS COUNTERCLAIM**<br><br>**DKT. NO. 310** |

In light of filing of the Stipulation to Dismiss City of Richmond's Counterclaim (Dkt. No. 325), the Motion of plaintiff Upstream Point Molate, LLC to Dismiss Counterclaim (Dkt. No. 310) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

This terminates Docket No. 310.

Dated: December 6, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**