**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>    Plaintiffs,<br><br>**vs.**<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL,** *et al.***,**<br><br>And<br><br>**THE CITY OF RICHMOND,**<br><br>    Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

**TO DEFENDANTS UNITED STATES OF AMERICA, RYAN ZINKE, AND JOHN TAHSUDA ("THE FEDERAL DEFENDANTS") AND THEIR COUNSEL OF RECORD:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of **$200.00** for failure to appear at the case management conference scheduled for April 9, 2018. Counsel filed a request to appear by telephone the business day prior to the case management conference and made no contingency plan for appearance in the absence of an order granting that untimely request.

By no later than **April 20, 2018**, the Federal Defendants shall file a written response to this Order to Show Cause. The Court will thereafter set a date for hearing on the Order to Show Cause, if necessary.

**IT IS SO ORDERED.**

Dated: April 12, 2018

                                                            **YVONNE GONZALEZ ROGERS**
                                                        **UNITED STATES DISTRICT COURT JUDGE**