# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA, AND UPSTREAM POINT MOLATE LLC**,<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA, SALLY JEWELL**, *et al.*,<br><br>And<br><br>**THE CITY OF RICHMOND**,<br><br>Defendants.<br><br>And Counterclaims. | Case No.: 12-cv-1326 YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

Based upon their response filed April 20, 2018 (Dkt. No. 364), the Order to Show Cause Re: Sanctions with respect to defendants United States Of America, Ryan Zinke, and John Tahsuda ("the Federal Defendants") is **VACATED AND RECALLED**. Counsel are reminded that leave to appear by phone must be obtained sufficiently in advance of each scheduled Court appearance.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**