**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GUIDIVILLE RANCHERIA OF CALIFORNIA, ET AL.**<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**CITY OF RICHMOND,**<br><br>　　　　Defendant. | CASE NO. 12-1326-YGR<br><br>**ORDER RE ANTICIPATED REQUEST FOR TEMPORARY RESTRAINING ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court was advised that a request for a temporary restraining order was to be filed imminently. In light of that information, the Court convened an informal conference over the Zoom webinar platform. Scott Crowell appeared on behalf of plaintiff Guidiville Rancheria of California, Garet O'Keefe on behalf of Upstream Point Molate, LLC, and Amy Hoyt appeared specially on behalf of the defendant City of Richmond.

The Court anticipates that the plaintiffs will file and serve their papers today. One request is that the City be enjoined from filing on Monday, November 22, 2021 its anticipated letter to the Court of Appeal. The City confirmed that, other than to put plaintiffs on notice of its position with the pending appeal, no other material issue exists for the November 22, 2021 filing date.

Accordingly, the Court sets a hearing on this matter for Monday, November 22, 2021 at 10:00 a.m. Until the Court finds otherwise, the City shall not file its letter with the Ninth Circuit but shall serve the letter on plaintiffs to provide plaintiffs with notice of the City's position.

**IT IS SO ORDERED.**

Dated: November 19, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**