**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE GUIDIVILLE RANCHERIA OF CALIFORNIA,** *ET AL.*<br><br>   Plaintiffs,<br><br>   **vs.**<br><br>**THE UNITED STATES OF AMERICA, ET AL.,**<br><br>   Defendants. | Case No.: 12-cv-1326 YGR<br><br>**ORDER TO SHOW CAUSE RE TRANSFER OF DEED** |

**TO DEFENDANT CITY OF RICHMOND AND COUNSEL OF RECORD:**

Counsel for the parties appeared for a status conference on June 21, 2022 to discuss their joint status report filed on June 16, 2022. (Dkt. No. 441).  During the conference the parties discussed their respective positions on various outstanding issues, including the City of Richmond's failure to transfer property as required by the amended judgment in this case.  The Court indicated that the property could be placed into escrow pending resolution of a temporary restraining order.

To ensure compliance with the amended judgment, defendant City of Richmond is hereby **ORDERED TO SHOW CAUSE** why it should not be sanctioned for failing to transfer into escrow the property subject to the amended judgment in this case.

The City of Richmond, its counsel, and any decision maker who has information relative to completing the transfer of the property into escrow should personally appear for a hearing on this Order to Show Cause on Tuesday, June 28, 2022 at 1:00 PM, in the United States Courthouse, 1301 Clay Street, Oakland, CA, Courtroom 1. This Order shall not be taken as an order to transfer the at-issue property given the pending temporary restraining order in state court prohibiting the transfer of such property. This Order only requires that the deed for the property be transferred into escrow before the June 28th hearing.

If the City of Richmond transfers the deed into escrow and the parties jointly confirm in writing that the deed has been transferred into escrow before the hearing, the Order to Show Cause shall be discharged, and the hearing will be taken off calendar.

**IT IS SO ORDERED**.

Dated: June 21, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**